ACCEPTED
03-14-00808-CV
5696332
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/16/2015 2:13:57 PM
JEFFREY D. KYLE
CLERK

**NO. 03-14-00808-CV**

**IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/16/2015 2:13:57 PM
JEFFREY D. KYLE
Clerk

_____

**ROSENDO MORALES,**
*Appellant*,

**v.**

**TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKERS'
COMPENSATION and COMMISSIONER RYAN BRANNAN, IN HIS
OFFICIAL CAPACITY,**
*Appellees*.

_____

**On Appeal from the 146th Judicial District Court, Cause No. 269,135-B;
before the Honorable Jack Weldon Jones**

_____

**APPELLEES TEXAS DEPARTMENT OF INSURANCE, DIVISION OF
WORKERS' COMPENSATION AND COMMISSIONER BRANNAN'S
UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF**

_____

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Appellees, the Texas Department of Insurance, Division of Workers'
Compensation and Commissioner Ryan Brannan, respectfully move this Court for
an extension of the deadline for filing their initial brief. In support, Appellees show
the Court as follows:

1. Appellees' initial brief is currently due on June 26, 2015. Appellees
request an extension of their briefing deadline to Monday, July 27, 2015.

2.     Appellees request an extension of time based on Appellees' counsel's current caseload and need to fully address the complex issues and briefing in this case, which Appellees believe warrant this request for extension.

3.     Appellees move for this extension not to delay proceedings but to allow their counsel sufficient time to adequately prepare and file a brief that fully addresses the issues in this appeal.

4.     Appellee's counsel conferred with Appellant's counsel about this motion, and Appellant's counsel stated that he does not oppose the requested extension.

Accordingly, Appellees respectfully request an extension of time to and including <u>Monday, July 27, 2015</u> to file and serve their initial brief.

Dated:     June 16, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division

*/s/Adrienne Butcher*
ADRIENNE BUTCHER
State Bar No. 24050363
Assistant Attorney General
Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 463-1410
Facsimile:   (512) 320-0167

*Counsel for Appellees Texas Department of Insurance, Division of Workers' Compensation and Commissioner Ryan Brannan*

## CERTIFICATE OF CONFERENCE

Counsel for Appellees conferred with counsel for Appellant about the contents of this motion, and Appellant's counsel stated he is unopposed to the requested extension.

*/s/Adrienne Butcher*
ADRIENNE BUTCHER
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and forgoing document has been served by facsimile on this date, the 16th day of June, 2015, on the following:

Bradley Dean McClellan
State Bar No. 13395980
Of Counsel, THE LAW OFFICES OF RICHARD PENA, P.C.
1701 Director's Blvd., Suite 110
Austin, Texas 78744
Facsimile: (512) 327-8354
Email: Brad.McClellan@yahoo.com
*Counsel for Appellant*

*/s/Adrienne Butcher*
ADRIENNE BUTCHER
Assistant Attorney General